# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1010
LT Case No. 2009-CF-2802

_____

RENALDO L. WISE,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Renaldo L. Wise, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Daytona Beach, for Appellee.


December 5, 2023


PER CURIAM.

  AFFIRMED.


MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____